1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,

11
            Plaintiff,

12

            v.

13

Lavie Moses Hernandez,

14
            Defendant.

15

Case No.: ED09-266-M

ORDER OF DETENTION

16

17
    On motion by the government for pre-trial detention, the Court finds that no

18
condition or combination of conditions will reasonably assure the appearance of

defendant as required (or the safety of any person or the community).

19

20
    The Court has considered the factors set forth in 18 U.S.C. § 3142(g)(1)-(4),

21
i.e., the nature and circumstances of the offense(s) charged; the weight of evidence

against the defendant; the history and characteristics of the defendant; and the

22
nature and seriousness of the danger to any person or the community that would be

23
posed by the defendant's release.

24
    The Court bases the foregoing findings on the defendant's non-objection to

25
pre-trial detention and the Pretrial Services Report/Recommendation. (The

26
defendant also has not rebutted the presumption provided by statute).

27
/ / /

28

1

1    IT IS THEREFORE ORDERED that defendant be detained without

2  prejudice prior to ~~trial~~/revocation hearing.

3    IT IS FURTHER ORDERED that defendant be committed to the custody of

4  the Attorney General for confinement in a corrections facility separate, to the

5  extent practicable, from persons awaiting or serving sentences or being held in

6  custody pending appeal; that defendant be afforded reasonable opportunity for

7  private consultation with counsel; and that, on order of a Court of the United States

8  or on request of any attorney for the government, the person in charge of the

9  corrections facility in which defendant is confined deliver defendant to a United

10 States Marshal for the purpose of any appearance in connection with a Court

11 proceeding.  This order is made without prejudice to reconsideration.

12

13 Dated: 11/19/09

14                                             HONORABLE OSWALD PARADA
                                               United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28